**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BRIAN PATNODE,                                                  CASE NO.: 8:18-cv-01396-VMC-MAP

    Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff, BRIAN PATNODE ("Plaintiff"), by and through undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff and Defendant, JPMORGAN CHASE BANK, N.A. have come to an amicable settlement agreement.

Date: **October 11, 2018**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of October, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Christopher W. Boss
Christopher W. Boss, Esq.
FL Bar No.: 13183
Boss Law
Service Email: CPservice@bosslegal.com
9887 4th Street N., Suite 202
St. Petersburg, FL 33702
Phone: (727) 471-0039
Fax: (888) 449-8792
Counsel for Plaintiff