# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BRIAN PATNODE,　　　　　　　　　　　　CASE NO.: 8:18-cv-01396-VMC-MAP

　　　Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A.,

　　　Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above-entitled action and all claims asserted in the action against Defendant CHASE BANK USA, N.A., erroneously sued as JPMORGAN CHASE BANK, N.A., with prejudice. The parties agree to bear their own fees and costs.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| */s/ Christopher W. Boss* | */s/Alisa M. Taormina* |
| Christopher W. Boss, Esq. | Brian C. Frontino, Esq. |
| Florida Bar No.: 13183 | Florida Bar No. 95200 |
| BOSS LAW | Alisa M. Taormina, Esq. |
| Email: cpservice@bosslegal.com | Florida Bar No. 70848 |
| 9887 Fourth Street North, Suite 202 | STROOCK & STROOCK & LAVAN LLP |
| St. Petersburg, Florida 33702 | 200 South Biscayne Boulevard, Suite 3100 |
| Telephone: (727) 471-0039 | Miami, Florida 33131-5323 |
| Facsimile: (888) 449-8792 | Telephone: (305) 358-9900 |
| *Attorney for Plaintiff* | Facsimile: (305) 789-9302 |
| | *Attorneys for defendant Chase Bank USA, N.A.* |

MIA 31389311

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including:

Brian C. Frontino, Esq.
Florida Bar No. 95200
Alisa M. Taormina, Esq.
Florida Bar No. 70848
STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131-5323
*Attorneys for defendant Chase Bank USA, N.A.*

/s/ Christopher W. Boss
Christopher W. Boss (FBN 13183)